UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PROMOTE THE VOTE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH JOHNSON, et al., <br><br> Defendants. | 2:18-CV-12692-TGB <br><br><br> ORDER |

Plaintiff has filed a MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION.  The Court sets the following expedited briefing schedule:

RESPONSE: Monday, September 3, 2018

REPLY: Wednesday, September 5, 2018 by 12:00 noon

Further, parties are notified to appear as follows.

    MOTION HEARING:

        Thursday, September 6, 2018 at 10:00 a.m.
        THEODORE LEVIN COURTHOUSE
        COURTROOM 110

DATED this 30th day of August, 2018.

        BY THE COURT:

        /s/Terrence G. Berg
        TERRENCE G. BERG
        United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify on August 30, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to non-registered ECF participants on August 30, 2018.

        s/Carolyn Ciesla
        for and in the absence of the
        Case Manager to the
        Honorable Terrence G. Berg