UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Promote the Vote, et al.,

                        Plaintiff(s),

v.                                          Case No. 2:18–cv–12692–TGB–MKM
                                            Hon. Terrence G. Berg

Ruth Johnson, et al.,

                        Defendant(s),

_____

### NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  September 5, 2018 at 03:00 PM

   The conference shall be initiated by counsel for plaintiff.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

   **ADDITIONAL INFORMATION:**    Counsel for plaintiff shall initiate the call and include the court when all parties are present by calling (313) 234–2640.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                        By: s/A Chubb_____
                            Case Manager

Dated:  September 4, 2018