UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROMOTE THE VOTE, a Michigan ballot
question committee, JAMES MURRAY,
LAUREN LEGNER, and KELLIE KONSOR,

    Plaintiffs,

v.                                                       Case No. 2:18-cv-12692

RUTH JOHNSON, in her official capacity as     Hon. Terrence G. Berg
Michigan Secretary of State, NORMAN D.
SHINKLE, JULIE MATUZAK, JEANNETTE
BRADSHAW and COLLEEN PERO, in their
official capacities as members of the Michigan
Board of State Canvassers, and SALLY
WILLIAMS, in her official capacity as Director of
the Department of State Bureau of Elections,

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss this action as moot. This notice is filed before the opposing parties served a responsive pleading, and dismissal is without prejudice.

                                              Respectfully submitted,

| | |
|---|---|
| /s/ Sharon Dolente | /s/ Andrew Nickelhoff |
| Sharon Dolente (P67771) | Andrew Nickelhoff (P37990) |
| Daniel S. Korobkin (P72842) | Mary Ellen Gurewitz (P25724) |
| Michael J. Steinberg (P43085) | Sachs Waldman, P.C. |
| American Civil Liberties Union | 2211 E. Jefferson Ave., Ste. 200 |
|   Fund of Michigan | Detroit, MI 48207 |

2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6838
sdolente@aclumich.org
dkorobkin@aclumich.org
msteinberg@aclumich.org

(313) 496-9429
anickelhoff@sachswaldman.com
megurewitz@sachswaldman.com

Attorneys for Plaintiff Promote the Vote

Attorneys for Plaintiffs Murray, Legner
 and Konsor

Dated: November 27, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, I caused this document to be filed with the Court's ECF system which will serve electronic notice on all counsel of record.

/s/ Sharon Dolente
Sharon Dolente (P67771)
American Civil Liberties Union
 Fund of Michigan